United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Keith Robinson  
Megan Robinson  
     Debtors

Case No. 10-17615-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Jul 22, 2016  
                          Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2016.  
db/jdb       +Keith Robinson,   Megan Robinson,   1053 Clemens Court,   Bensalem, PA 19020-7118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2016                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2016 at the address(es) listed below:

        ELLIS B. KLEIN    on behalf of Joint Debtor Megan  Robinson ykassoc@gmail.com, ykaecf@gmail.com,  
         ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com  
        ELLIS B. KLEIN    on behalf of Debtor Keith  Robinson ykassoc@gmail.com, ykaecf@gmail.com,  
         ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com  
        HILARY B. BONIAL    on behalf of Creditor    BAC Home Loan Servicing LP  
         hbonial@nbsdefaultservices.com, notice@bkcylaw.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        PAUL H. YOUNG    on behalf of Debtor Keith  Robinson ykassoc@gmail.com, ykaecf@gmail.com,  
         paullawyers@gmail.com,pyoung@ymalaw.com  
        PAUL H. YOUNG    on behalf of Joint Debtor Megan  Robinson ykassoc@gmail.com, ykaecf@gmail.com,  
         paullawyers@gmail.com,pyoung@ymalaw.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
                                                                                                          TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                   : Chapter 13

Keith Robinson and Megan Robinson                              : Case No. 10–17615–elf
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , July 22, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

57
Form 195